**DISMISS; Opinion Filed March 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00159-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ASHLEY NICOLE BOLLIER, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2019-02-0205**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is the State's March 2, 2020 motion to dismiss the appeal.

We grant the motion and dismiss this appeal.

/David J. Schenck/

DAVID J. SCHENCK

JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200159F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-20-00159-CR     V.

ASHLEY NICOLE BOLLIER,
Appellee

On Appeal from the County Court at
Law No. 2, Grayson County, Texas
Trial Court Cause No. 2019-02-0205.
Opinion delivered by Justice
Schenck. Justices Osborne and
Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 10th day of March, 2020.